

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00184-CV

_____

IN RE UATP MANAGEMENT, LLC, Relator

---

Original Proceeding
17th District Court of Tarrant County, Texas
Trial Court No. 017-300796-18

---

Before Walker, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, real party in interest's response, and relator's reply and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied. We also lift this court's June 24, 2021 stay order.

Per Curiam

Delivered: July 22, 2021